UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

NEW YORK CIVIL LIBERTIES UNION,

               Plaintiff,        09 Civ. 5325 (JGK)

     - against -             ORDER

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY,

              Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **September 25, 2009** at 4:00 pm.

SO ORDERED.

Dated:    New York, New York
          August 5, 2009

                                    John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/09