# Exhibit B

NYCLU v. DHS, 09 CIV. 5325 (JGK)
5.26.10 LIST OF DOCUMENTS NYCLU INTENDS TO CHALLENGE FINAL

This chart lists the redacted or withheld material that the NYCLU intends to challenge. The chart has been narrowed repeatedly following phone conversations and further disclosures the government has made over the past few months. The information in the column below labeled "Redactions the NYCLU Intends to Challenge" was taken from the draft Vaughn indices provided by the government during March, April and May 2010. Additionally, during our conversation on May 21, 2010 and in an email from May 26, 2010, the government indicated that a number of the redactions/withholdings that it previously had sought to justify under both exemptions b2-high and 7e are now only being claimed under 7e. The NYCLU has updated its chart to reflect this change.

| | Agency | Bates Numbers | Document Title | Redactions the NYCLU Intends to Challenge | Exemptions Claimed |
|---|---|---|---|---|---|
| | | | FEMA | | |
| 1 | FEMA | FEMA_00012-S to FEMA_00013-S | FY 2006 UASI Funding Request for Investment #5 (Final) | Redacted information concerning equipment used in connection with LMSI, text concerning geographic placement of operational facets of LMSI program | 7e |
| 2 | FEMA | FEMA_00070 to FEMA_00072 | Emails within DHS | Redacted information concerning locations at which security system components will be installed | 7e |
| 3 | FEMA | FEMA_00105-S | FY 2007 UASI Funding Request for Investment 33 (Final) | Redacted the number of license-plate readers | 7e |
| 4 | FEMA | FEMA_00106-S | FY 2007 UASI Funding Request for Investment 33 (Final) | Redacted number of license-plate readers and cameras deployed | 7e |
| 5 | FEMA | FEMA_00158-S | FY 2008 UASI Funding Request for Investment #2 (Final) | Redacted number of cameras and license plate readers to be deployed | 7e |
| 6 | FEMA | FEMA_00179-S | Grants Reporting Tool entries in 2008 BSIR (for reporting period 1/1/09 to 6/30/09) | Redacted information in project description concerning number of license-plate readers and cameras deployed | 7e |
| 7 | FEMA | FEMA_00214-S to FEMA_00215-S | FY 2009 UASI Funding Request for Investment #5 (Final) | Redacted information concerning equipment to be used in LMSI, information concerning the assets to be protected under LMSI | 7e |
| 8 | FEMA | FEMA_00218-S to FEMA_00219-S | FY 2009 UASI Funding Request for Investment #5 (Final) | Redacted information concerning project accomplishments to be completed, including timeline for completing each accomplishment and challenges of accomplishing such | 7e |

|  | Agency | Bates Numbers | Document Title | Redactions the NYCLU Intends to Challenge | Exemptions Claimed |
|---|---|---|---|---|---|
|  |  |  |  | milestones |  |
| 9 | FEMA | FEMA_00231-S | FY 2009 UASI Funding Request for Investment #5 (Midterm Submission) | Redacted information concerning accomplishments and challenges to LMSI | 7e |
| 10 | FEMA | FEMA_00258-S | NY 2007 BSIR Detail Project Report (for reporting period 7/1/08 to 12/31/08) | Redacted information concerning equipment to be used in the program[1] | 7e |
| 11 | FEMA | FEMA_00260-S, FEMA_00262-S | NY 2008 Initial Strategy Implementation Plan for Critical Infrastructure Protection Investment Justification | Redacted "operational details" concerning proposed project's protection of critical infrastructure | 7e |
| 12 | FEMA | FEMA_00274-S to FEMA_00278-S | Spreadsheet of LMSI assets, attached to 7/3/07 email | Redacted information concerning identified LMSI assets | 7e |
| 13 | FEMA | FEMA_00308-S, FEMA_00310-S | Emails within DHS | Redacted information concerning number of assets protected under the LMSI | High 2, 7e |
| 14 | FEMA | FEMA_00338 to FEMA_00340 | Notes for June 7, 2007 LMSI Meeting | Redacted number of infrastructure assets | High 2, 7e |
| 15 | FEMA | FEMA_00346, FEMA_00348 | Emails within DHS | Redacted number of infrastructure assets and suggested agenda items for G&T meeting | High 2, 7e |
| 16 | FEMA | FEMA_00356 to FEMA_00359 | DHS Memorandum | Redacted information re: number, location and names of LMSI assets of interest and the proposed timeline for development of the LMSI project | High 2, 5, 7e |
| **NPPD** | | | | | |
| 1 | NPPD | NPPD_00008 to NPPD_00009 | LMSI Background Research Paper | Redacted list of infrastructure assets of interest to DHS | High 2, 7e |

---

[1] In a previous version of the "List of Documents the NYCLU Intends to Challenge" dated May 24, 2010, the NYCLU indicated that, in addition to the information concerning equipment to be used in the program, it intended to challenge the redacted information concerning "targets to be protected by the program," which was included on FEMA_00258-S in the government's draft list of "Responses to Questions Regarding FEMA Document Redactions" dated March 19, 2010. On May 26, 2010, the government informed the NYCLU that this information was not contained on FEMA_00258-S. Accordingly, the NYCLU has deleted this clause from the chart.

|   | Agency | Bates Numbers | Document Title | Redactions the NYCLU Intends to Challenge | Exemptions Claimed |
|---|---|---|---|---|---|
| 2 | NPPD | NPPD_00020 to NPPD_00088 | LMSI Background Research Paper | Withheld in full, "Names, facility facts, 'significant information'" | High 2, 7e |
| 3 | NPPD | NPPD_00122 to NPPD_00143 | LMSI PowerPoint Presentation | Redacted map showing proposed locations of CCTV cameras and license plate readers and other "operational details" | 7e |
| 4 | NPPD | NPPD_00144 to NPPD_00146 | LMSI Briefing Memorandum dated 2/14/08 | Withheld in full, Internal document containing information regarding coordination with NYPD, S&T, and FEMA and detailed outlines of plans, progress, requirements and ultimate goals of project | 2, 5, 7e |
| 5 | NPPD | NPPD_00147 to NPPD_00151 | LMSI Briefing Memorandum dated 7/16/08 | Withheld in full, Internal document containing information regarding coordination w/NYPD and DHS and detailed outlines of plans and progress of project | 2, 5, 7e |
| 6 | NPPD | NPPD_00254 to NPPD_00255 | LMSI Information Memorandum dated 7/16/08 | Redacted information on LMSI assets and number of assets protected | High 2, 7e |
| 7 | NPPD | NPPD_00271 to NPPD_00275 | Spreadsheet of LMSI assets, attached to 7/3/07 email from Jaysen Goodwin, PSCD | Redacted number, identification and location of key critical infrastructure assets within LMSI of homeland security interest | 7e |